```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MONTANA
                      MISSOULA DIVISION
    _____

GINGER HAGEMAN,
                                      CAUSE NO. CV 06-09-M-DWM
                 Plaintiff,
                                      FINDINGS AND
            vs.                       RECOMMENDATIONS OF
                                      U.S. MAGISTRATE
                                      JUDGE
RICHARD GEBHARDT, Plains City Attorney;
CHIEF SHAWN EMMETT, Plains Police Dept.;
ERNEST CAHALA, Plains Police Officer;
JOE BROWN, County Coroner;
LAURIE SHARP, Deputy Coroner; and
ROBERT ZIMMERMAN, Sanders County Attorney,

                 Defendants.
    _____

GINGER HAGEMAN,
KENT WOOD, and                        CAUSE NO. CV 06-45-M-DWM
CHRISTINE WOOD,

                 Plaintiffs,          FINDINGS AND
                                      RECOMMENDATIONS OF
            vs.                       U.S. MAGISTRATE
                                      JUDGE
RICHARD GEBHARDT, Plains City Attorney;
CHIEF SHAWN EMMETT, Plains Police Dept.;
ERNEST CAHALA, Plains Police Officer;
JOE BROWN, County Coroner;
LAURIE SHARP, Deputy Coroner;
ROBERT ZIMMERMAN, Sanders County Attorney; and
GENE ARNOLD, Sanders County Sheriff,

                 Defendants.
    _____
```

FINDINGS AND RECOMMENDATION
OF U.S. MAGISTRATE JUDGE - PAGE 1

This matter comes before the Court on Defendants Gebhardt, Emmett, and Cahalas' Motion to Dismiss and upon Plaintiffs' Amended Complaint.  Plaintiff filed a complaint against Defendant on March 21, 2006.  These moving Defendants filed their Motion to Dismiss Plaintiffs' complaint on July 10, 2006, alleging Plaintiffs' complaint failed to state a claim upon which relief can be granted.  Fed.R.Civ.P. 12(b)(6).  The Court granted the Plaintiffs leave to file an amended complaint by September 8, 2006.  The Court stated that Plaintiffs' filing of an amended complaint would render the present Motion to Dismiss moot.  August 8, 2006 Order at p. 2-3.  Plaintiff filed their Amended Complaint against Defendants on September 8, 2006.  As Plaintiffs have filed an amended complaint, Defendants' Motion to Dismiss is rendered moot.

Upon consideration of the briefs and materials of record, the Court hereby enters the following:

### RECOMMENDATION

Defendants' Gebhard, Emmett, and Cahalas' Motion to Dismiss should be **DENIED** as moot.

**NOW, THEREFORE, IT IS ORDERED** that the Clerk shall serve a copy of the Findings and Recommendation of the United States Magistrate Judge upon the parties.  The parties are advised that pursuant to 28 U.S. C. § 636, any objections to these findings must be filed with the Clerk of Court and copies served on

FINDINGS AND RECOMMENDATION
OF U.S. MAGISTRATE JUDGE – PAGE 2

opposing counsel within ten (10) days after receipt thereof, or objection is waived.

Dated this   15th   day of September, 2006.


                                              /s/ Jeremiah C. Lynch
                                              Jeremiah C. Lynch
                                              United States Magistrate Judge